UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
July 22, 2026
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

TAVARIUS MONTGOMERY,

Defendant.

Case No. 2:26-mj-00098-JDP

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release TAVARIUS MONTGOMERY, Case No. 2:26-mj-00098-JDP, Charge 21 USC § 841(a)(1), from custody for the following reasons:

____ Release on Personal Recognizance

____ Bail Posted in the Sum of $ ____

X Unsecured Appearance Bond $ 3000.00

____ Appearance Bond with 10% Deposit

____ Appearance Bond with Surety

____ Corporate Surety Bail Bond

X (Other): The defendant's release is delayed until 08/10/2026 at 9:00 AM.

Issued at Sacramento, California on July 22, 2026 at 2:45 PM.

By: Allison Claire

Magistrate Judge Allison Claire